IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAT LUNSFORD, ET. AL                                                      PLAINTIFF

V.                           NO.  3:02CV144
                    (Consolidated with 3:02CV199)

ELECTRO SWITCH CORPORATION                                   DEFENDANT

## ORDER

The Court has been advised that the parties in these consolidated cases have reached a settlement of all claims.  Accordingly, the Complaints in these matters are hereby dismissed with prejudice.  The Clerk is directed to close these consolidated cases.

IT IS SO ORDERED this 2nd day of November, 2005.

_____
James M. Moody
United States District Judge